UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.  SA CR 20-00002-DOC                                    Date: March 30, 2020

Present: The Honorable DAVID O. CARTER, U.S. District Judge

Interpreter: N/A

| Kelly Davis - telephonic | Miriam Baird - telephonic | Gregory Scally - telephonic |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| **DEFT # 2:** SHEILA MARIE RITZE (via video) | X | X |  | David Weichert (telephonic) | X |  | X |

**PROCEEDINGS:  BAIL REVIEW HEARING**

Case called.  Pretrial Officer Jesus Ruiz is present telephonically.  The Court advised the defendant of her right to be personally present for this hearing. The defendant consents to video / telephonic appearances for this hearing.  The Bail Review hearing is held.  The Court **DENIES** the Defendant's Request for Bail.  The Court **GRANTS** Defendant Ritze's Motions to Sever [42] and Defendant Le's Motion to Sever [44].

Without appearances for Defendant Le,  the Court GRANTS the parties 48 hours to file any objections to the granting of the Motion to Sever.  The transcript of this proceeding will be provided to counsel immediately by the Court Reporter.

Cc:  Miriam Baird @mvb11893@aol.com

33 mins
**Initials of Deputy Clerk**  kd