UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: **SA CR 20-00002-(B)-DOC-2**                              Date: **March 7, 2022**

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Debbie Gale / Court Smart | Gregory Scally / Gregory Staples |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) Sheila Maire Ritze | X | X | | David Weichart, CJA | X | X | |

**PROCEEDINGS:** Deft.'s Motion in Limine to Exclude Certain Pre-Arrest Statements [449]

Deft.'s Motion in Limine to Exclude Codefendant Le's Post-Offense Statements [450]

Also present, Special Agent Austin Casey.

The Court hears arguments.

Having considered the parties' briefing and arguments, the Court GRANTS Defendant Ritze's Motion to Sever Counts (Dkts. 158, 451). The Court severs in their entirety Counts 4, 5, and 9, and also severs subsection (d) of Count Thirteen.

Motion hearing re [449] [450], and [458] is continued to March 9, 2022 at 9:00 a.m.

3:10

**Initials of Deputy Clerk**  kdu