1              **UNITED STATES DISTRICT COURT**

2              **CENTRAL DISTRICT OF CALIFORNIA**

3          **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    - - - - - - -

5   UNITED STATES OF AMERICA,          )
                                       )    **CERTIFIED**
6            Plaintiff,                )
                                       )
7        vs.                           ) No. 8:20-cr-00002-DOC
                                       )    Day 5, Volume I
8   SHEILA MARIE RITZE,                )
                                       )
9            Defendant.                )
    _____)

10

11

12

13          REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                    Jury Trial

15               Santa Ana, California

16               Friday, April 8, 2022

17

18

19

20  Debbie Gale, CSR 9472, RPR, CCRR
    Federal Official Court Reporter
21  United States District Court
    411 West 4th Street, Room 1-053
22  Santa Ana, California 92701
    (714) 558-8141
23

24

25

1    **APPEARANCES OF COUNSEL:**

2

     FOR THE UNITED STATES OF AMERICA:
3

4        DEPARTMENT OF JUSTICE
         OFFICE OF THE UNITED STATES ATTORNEY
5        BY:  Gregory Shepherd Scally
              Assistant United States Attorney
6        411 West 4th Street
         8th Floor
7        Santa Ana, California 92701
         714-338-3592
8        gregory.scally@usdoj.gov

9        DEPARTMENT OF JUSTICE
         OFFICE OF THE UNITED STATES ATTORNEY
10       BY:  Gregory Staples
              Assistant United States Attorney
11       411 West 4th Street
         8th Floor
12       Santa Ana, California 92701
         714-338-3535
13       greg.staples@usdoj.gov

14   FOR DEFENDANT 2) SHEILA MARIE RITZE:

15       David W. Wiechert (CJA appointed)
         WIECHERT MUNK & GOLDSTEIN PC
16       27136 Paseo Espada, Suite B1123
         San Juan Capistrano, California 92675
17       949-361-2822
         dwiechert@aol.com

18

         William James Migler (retained)
19       WIECHERT MUNK & GOLDSTEIN PC
         27136 Paseo Espada, Suite B1123
20       San Juan Capistrano, California 92675
         949-361-2822
21       william@wmgattorneys.com

22   ALSO PRESENT:

23       Special Agent Austin Casey
         Coast Guard Investigative Service
24
         Sheila Ritze, defendant
25

## I N D E X

| PROCEEDINGS | PAGE |
|---|---|

**JURY TRIAL - Day 5, Volume I**

| | |
|---|---|
| Motions renewed (outside presence of jury) | 7 |
| Motion to Dismiss Count Three (granted) | 10 |
| SPECIAL AGENT CASEY, Austin (called by the government) | 11 |
| Stipulation (Exhibit 403) read | 36 |
| Stipulation (Exhibit 432) read | 54 |
| Stipulation (Exhibit 433) read | 55 |
| Audio recording played, Exhibit 308 | 56 |
| Stipulation (Exhibit 434) read | 57 |

(Further proceedings reported by Debbie Hino-Spaan.)

### WITNESSES

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| CASEY, Austin | | | | |
| By Mr. Scally | 12 | | | |

### EXHIBITS

| EXHIBIT NO./DESCRIPTION | IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| 115 Photograph (Wayne Le with lobster) | | 19 |
| 117 Email from Logistimatics to Ritze re low battery | | 21 |
| 118 Email from Logistimatics to Ritze showing GPS location near Nguyen residence | | 22 |

1           **EXHIBITS** (Continued)

2     **EXHIBIT NO./DESCRIPTION          IDENTIFICATION      IN EVIDENCE**

3
        119      Email from Logistimatics              23
4                to Ritze (forwarded to
                 Le)
5
        120      Photograph (tracking                  34
6                device in case attached
                 to van)
7
        121      Photograph (tracking                  34
8                device removed from
                 case)
9
        122      Photograph (image of                  34
10               IMEI number on tracking
                 device found on Natalie
11               Nguyen's van)

12      158      Photos of Ford Explorer               50
                 (12/19/2019)
13
        178      Image of GPS tracker                  29
14               (Gilbert, AZ)

15      185      Screenshot dated                      49
                 7/15/2019 of Internet ad
16               for .38 firearm from
                 Le's Google account
17
        187      Screenshot of .38                     49
18               Specials dated 7/13/2019
                 from Le's Google account
19
        192      Device information from               52
20               Le's iPhone 6

21      201      Photos from Ritze iPhone              24

22      202      Messages between Ritze                38
                 and Le from Ritze's
23               iPhone

24      203      Images of messages                    30
                 between Ritze and Le
25               from Le's iPhone

**EXHIBITS** (Continued)

| EXHIBIT NO./DESCRIPTION | IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| 204 Screenshot of WhatsApp messages between Sheila Ritze and Wayne Le | | 15 |
| 206 Text messages between Le an Ritze (12/1/2019-12/8/2019) | | 41 |
| 207 Three-way text messaging string (Wayne, K.C., Sheila) | | 17 |
| 208 Handwritten note from Le recovered at Ritze residence, dated 12/19/2019 | 54 | 54 |
| 230 Text messages between Sheila Ritze and Wayne Le | | 13 |
| 231 Text and MMS messages between Ritze and "Nomie Palms Springs" (10/22/2019 - 10/25/2019) | | 44 |
| 232 Text and MMS messages between Ritze and "Nomie Palms Springs" (10/22/2019 - 11/25/2019) | | 45 |
| 308 CHP audio recording (Officer Futrell and Ritze) | 56 | 56 |
| 309-B Metadata from workplace recording | | 53 |
| 312-322 Clips 1-11 of Ritze Interview #1 with Special Agent Coughlin | | 60 |

| | EXHIBITS (Continued) | | |
|---|---|---|---|
| | EXHIBIT NO./DESCRIPTION | IDENTIFICATION | IN EVIDENCE |
| 403 | Physical Item: Tracking device recovered from Natalie Nguyen's vehicle on 12/13/2019 | | 36 |
| 425 | dated 12/25/2019-12/26/2019 | 56 | 57 |
| 431 | Stipulation re tracking device | | 37 |
| 432 | Stipulation re Exhibit 208 (handwritten note) | | 54 |
| 433 | Stipulation re Exhibit 308 (audio recording) | | 56 |
| 434 | Stipulation re Exhbit 425 | 57 | 57 |

|  |  |  |
|---|---|---|
|  | 1 | **SANTA ANA, CALIFORNIA, FRIDAY, APRIL 8, 2022** |
|  | 2 | **Day 5, Volume I** |
|  | 3 | (8:02 a.m.) |
| 08:47 | 4 | (Outside the presence of the jury.) |
| 08:02 | 5 | THE COURT:  All right.  Then we're on the record. |
|  | 6 | All counsel are present.  The defendant's present.  Good |
|  | 7 | morning.  Investigating agent's present.  Good morning. |
| 08:02 | 8 | Counsel. |
| 08:02 | 9 | MR. WIECHERT:  Thank you, Your Honor. |
| 08:02 | 10 | **MOTIONS RENEWED** |
| 08:02 | 11 | MR. WIECHERT:  So today the government intends to |
|  | 12 | introduce the audiotape of Ms. Ritze's first interview on |
|  | 13 | December 19, 2019, and then the videotape of her second |
|  | 14 | interview on December 19, 2019, as well as transcripts |
|  | 15 | accompanying those interviews. |
| 08:03 | 16 | Pretrial, we made motions to include both of those |
|  | 17 | interviews. |
| 08:03 | 18 | THE COURT:  All right. |
| 08:03 | 19 | MR. WIECHERT:  The Court has ruled on those |
|  | 20 | motions.  And we just want for the record to indicate that |
|  | 21 | we believe that those -- these tapes should remain out. |
| 08:03 | 22 | And so we wanna put our objection just for the |
|  | 23 | record -- |
| 08:03 | 24 | THE COURT:  Sure. |
| 08:03 | 25 | MR. WIECHERT:  -- now so that, during the course |

1 of the government's presentation, we don't have to keep

2 objecting.

08:03 3        THE COURT: In front of the jury, which would be

4 prejudicial.

08:03 5        MR. WIECHERT: Right.

08:03 6        THE COURT: Let me just say that -- then, for our

7 record, that there's a continuing objection to each of those

8 tapes --

08:03 9        MR. WIECHERT: Right.

08:03 10        THE COURT: -- and numerous portions of each of

11 those tapes that Counsel would've also specifically objected

12 to as prejudicial.

08:03 13        MR. WIECHERT: Yes.

08:03 14        And so the exhibit numbers, Your Honor -- and

15 they're consecutively ordered -- go from 312 to 345-A.

08:04 16        THE COURT: Now, is the entire tape being played?

08:04 17        MR. SCALLY: It's clips, Your Honor.

08:04 18        THE COURT: Clips.

08:04 19        Because you have the right and the rule of

20 completeness in this matter.

08:04 21        In other words, I was left with a broad ruling

22 concerning these tapes. That ruling is, uh -- remains. But

23 then the comment was that counsel would then work out

24 between them -- in light of whatever the Court had ruled --

25 the playing of these tapes. And up to this point I've had

```
 1    no indication of whether a portion or all the tapes would be

 2    played.

 3         And the reason I'm asking that question is because

 4    there's certain portions of the tape that I understand would

 5    be difficult for the defense.  First of all, there may be

 6    changing stories, from the government's perspective; but

 7    also, there is, from the defendant's perspective, a

 8    badgering, pressure applied, and the defense's argument

 9    concerning children, her seeing family members, including a

10    child.

11         I don't know how that's been worked out between

12    the two parties.  So my ruling remains.

13         And I'm a little bit unknowledgeable now because I

14    was simply left with that statement by the parties that you

15    would then, in light of the Court's ruling, work between the

16    two of you.

17         MR. WIECHERT:  And -- and I don't wanna speak for

18    everyone, but I think what I'm conveying is correct, um,

19    that we, after the Court's rulings, went back, collectively

20    conferred, and went over portions of the tape.

21         THE COURT:  Okay.

22         MR. WIECHERT:  And so the final versions that the

23    government is going to be introducing are the versions that,

24    if the Court's ruling is correct on the admissibility --

25         THE COURT:  I see.
```

08:06    1            MR. WIECHERT:  -- then we have agreed on what

         2    should come in from a matter of completeness.

08:06    3            THE COURT:  Fair enough.  Now I understand.

08:06    4            Okay.  Thank you.

08:06    5            Let's see how the jury --

08:06    6            MR. STAPLES:  Your Honor, just one other quick

         7    housekeeping matter.

08:06    8            THE COURT:  Certainly.

08:06    9              **MOTION TO DISMISS COUNT THREE**

08:06   10            MR. STAPLES:  Before trial I'd raised the

        11    government's motion to dismiss Count Three as to

        12    Sheila Ritze.  That was the 924(c) Use of a Firearm.

08:06   13            And my recollection is I raised it, but the Court

        14    never entered anything on the record dismissing it.

08:06   15            THE COURT:  Is there any objection, Counsel?

08:06   16            MR. WIECHERT:  No objection.

08:06   17            THE COURT:  It's dismissed.

08:06   18            Thank you, Counsel.

08:06   19            MR. STAPLES:  Thank you.

08:06   20            THE COURT:  I probably took it under submission

        21    and neglected to come back to it.

08:06   22            MR. STAPLES:  All right.

08:06   23            THE COURT:  So thank you for the courtesy.

08:06   24            MR. STAPLES:  Thank you.

08:07   25            *(Brief pause in the proceedings.)*

| | | |
|---|---|---|
| 08:07 | 1 | *(In the presence of the jury.)* |
| 08:08 | 2 | THE COURT:  Good morning.  If you'd be seated. |
| 08:08 | 3 | Counsel are present.  The defendant's present. |
| | 4 | The investigating agency's present, the jury and the |
| | 5 | alternates. |
| 08:08 | 6 | Good morning to all of you. |
| 08:08 | 7 | Counsel, if you would like to resume with your |
| | 8 | next witness. |
| 08:08 | 9 | MR. SCALLY:  Thank you, Your Honor. |
| 08:08 | 10 | The government calls Special Agent Austin Casey. |
| 08:08 | 11 | THE COURT:  Thank you. |
| 08:08 | 12 | And, sir, would you be kind enough to raise your |
| | 13 | right hand. |
| 08:08 | 14 | **AUSTIN CASEY, CALLED BY THE GOVERNMENT, SWORN** |
| 08:08 | 15 | THE WITNESS:  I do. |
| 08:08 | 16 | THE COURT:  Thank you. |
| 08:08 | 17 | Sir, if you'd be seated just to my right. |
| 08:09 | 18 | Then, sir, would you state your full name -- I'm |
| | 19 | sorry.  After you're seated, would you state your full name |
| | 20 | to the jurors, please. |
| 08:09 | 21 | THE WITNESS:  Yes, Your Honor. |
| 08:09 | 22 | My name is Austin Casey, C-A-S-E-Y. |
| 08:09 | 23 | THE COURT:  Thank you. |
| 08:09 | 24 | And just one moment. |
| 08:09 | 25 | All right.  This would be direct examination, |

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
|       | 1  | please.                                                       |
| 08:09 | 2  | MR. SCALLY:  Thank you, Your Honor.                          |
| 08:09 | 3  | **DIRECT EXAMINATION**                                        |
| 08:09 | 4  | BY MR. SCALLY:                                                |
| 08:09 | 5  | Q.   Good morning, Special Agent Casey.                       |
| 08:09 | 6  | A.   Good morning.                                            |
| 08:09 | 7  | Q.   Where do you work?                                       |
| 08:09 | 8  | THE COURT:  Just a little slower.                            |
| 08:09 | 9  | Would you repeat that, please.                              |
| 08:09 | 10 | THE WITNESS:  Yes, Your Honor.                               |
| 08:09 | 11 | I work for the Coast Guard Investigative Service.           |
| 08:09 | 12 | THE COURT:  Thank you.                                       |
| 08:09 | 13 | BY MR. SCALLY:                                                |
| 08:09 | 14 | Q.   How long have you worked for the Coast Guard            |
|       | 15 | Investigative Service?                                        |
| 08:09 | 16 | A.   Approximately four years.                               |
| 08:09 | 17 | Q.   And how long have you worked for the Coast Guard?       |
| 08:09 | 18 | A.   Approximately 16 years.                                 |
| 08:10 | 19 | Q.   Were you one of the agents handling the investigation  |
|       | 20 | into the disappearance of James Dao?                        |
| 08:10 | 21 | A.   Yes, I was.                                              |
| 08:10 | 22 | Q.   As part of that investigation, did you and other       |
|       | 23 | agencies obtain warrants to search various phones and       |
|       | 24 | digital media accounts of both Wayne Le and Sheila Ritze?   |
| 08:10 | 25 | A.   Yes, we did.                                             |

08:10   1   Q.   In front of you should be Exhibit 230.  I'll ask you to

        2   take a look at that.

08:10   3        What is that?

08:10   4   A.   Exhibit 230 are text messages between Sheila Ritze and

        5   Wayne Le.

08:10   6   Q.   And were those recovered from Sheila Ritze's iPhone?

08:10   7   A.   Yes, they were.

08:10   8   Q.   And do they have a date range of August 16th, 2019,

        9   until October 7th, 2019?

08:10   10  A.   Yes, they do.

08:11   11           MR. SCALLY:  Your Honor, at this time I'd move to

        12  admit 230 into evidence.

08:11   13           THE COURT:  Received.

08:11   14       *(Exhibit Number 230 received in evidence.)*

08:11   15       *(Exhibit displayed.)*

08:11   16  BY MR. SCALLY:

08:11   17  Q.   So, Special Agent Casey, just looking at the first

        18  page, um, is -- can you tell us, are the blue messages

        19  "Wayne" and the green messages "Sheila Ritze"?

08:11   20  A.   Yes, that's correct.

08:11   21  Q.   I'munna direct your attention within this exhibit to

        22  page 34, and ask you to read this text message sent from --

        23  ask you to read this text message from Wayne to Sheila,

        24  dated October 1, 2019, starting there at the top with

        25  "Took."

08:12    1        *(Exhibit displayed.)*

08:12    2            THE WITNESS:  (Reading:)

08:12    3             "Took a Xanny 6 a.m.  Had an issue

         4             with a drunk last night and tried to

         5             hold him down.  Didn't work so had to

         6             restrain him without duct tape.  K

         7             helped clean his blood off my walls N

         8             floor.  He's gonna fill [sic] swollen

         9             black eyes and face when he wakes up.

        10             Tried to be a bad ass and said I was a

        11             narc.  Wasn't taking that at 3 a.m."

08:12   12        *(As read and as shown on exhibit.)*

08:12   13    BY MR. SCALLY:

08:12   14    Q.    And what is the status of that text message?

08:12   15    A.    The status is "Read."

08:12   16    Q.    Gonna direct your attention to the next exhibit,

        17    Exhibit 204.

08:13   18            What is that?

08:13   19    A.    Exhibit 204 is an image of Wayne Le's iPhone 6 Plus.

08:13   20    Q.    And does it contain -- is it a three-page exhibit

        21    containing screenshots of text messages?

08:13   22    A.    Yes, of WhatsApp messages.  That's correct.

08:13   23    Q.    Thank you.  And are those WhatsApp messages between

        24    Sheila Ritze and Wayne Le?

08:13   25    A.    Yes, that's correct.

| 08:13 | 1 | Q.  And are they from the date range of October 17, 2019, |
| | 2 | to October 18, 2019? |
| 08:13 | 3 | A.  Yes.  That's correct. |
| 08:13 | 4 | MR. SCALLY:  At this time, Your Honor, I've move |
| | 5 | to admit Exhibit 204. |
| 08:13 | 6 | THE COURT:  What were the ranges again? |
| 08:13 | 7 | BY MR. SCALLY: |
| 08:13 | 8 | Q.  Was that October 17th through October 18th of 2019? |
| 08:13 | 9 | A.  That's correct. |
| 08:13 | 10 | MR. WIECHERT:  Can I have a moment, Your Honor? |
| 08:13 | 11 | THE COURT:  You may. |
| 08:14 | 12 | Counsel. |
| 08:14 | 13 | MR. SCALLY:  Move to admit Exhibit 204, |
| | 14 | Your Honor. |
| 08:14 | 15 | THE COURT:  Received. |
| 08:14 | 16 | *(Exhibit Number 204 received in evidence.)* |
| 08:14 | 17 | *(Exhibit displayed.)* |
| 08:14 | 18 | BY MR. SCALLY: |
| 08:14 | 19 | Q.  Special Agent Casey, looking at these messages here, is |
| | 20 | the green "Wayne" and the white "Sheila Ritze"? |
| 08:14 | 21 | A.  Yes, that's correct. |
| 08:14 | 22 | Q.  And I'd like you to read for the jury the messaging |
| | 23 | sent on Friday, October 18th, from Sheila Ritze to Wayne Le, |
| | 24 | that I've pulled up here on the screen. |
| 08:15 | 25 | A.  The message says: |

08:15   1                 "Thanks for making my night and

        2                 allowing us to have a fun date with no

        3                 work involved."

08:15   4                 And then a "heart" emoji.

08:15   5   Q.   And is this just, uh, the same week that James Dao went

        6   missing?

08:15   7   A.   Yes, it is.

08:15   8   Q.   Special Agent Casey, through your investigation, did

        9   you learn about an October 13, 2019, lobster hunting trip by

       10   Wayne Le, Sheila Ritze and K.C. Cao, spelled C-A-O, that

       11   occurred basically the night before the fishing trip with

       12   James Dao?

08:16  13   A.   Yes.

08:16  14   Q.   And I'munna ask you to look at Exhibit 207 and tell us

       15   what that is.

08:16  16   A.   Exhibit 207 is a three-way text messaging thread

       17   between Sheila Ritze, Wayne Le, and K.C. Cao.

08:16  18   Q.   And is the date range of that text message thread from

       19   October 9th, 2019, to October 21st, 2019?

08:16  20   A.   Yes, it is.

08:16  21   Q.   And the way the exhibit is set up, are the -- within

       22   the text messages, are some of the parties sending photos

       23   back and forth?

08:17  24   A.   Yes, they are.

08:17  25   Q.   Are larger -- and those are thumbnails within the text

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | message string?                                              |
| 08:17 | 2  | A.   That's correct.                                          |
| 08:17 | 3  | Q.   And are larger versions of those photos appended to the |
|       | 4  | end of the exhibit?                                           |
| 08:17 | 5  | A.   Yes, they are.                                           |
| 08:17 | 6  | MR. SCALLY:  At this time, Your Honor, I'd move to           |
|       | 7  | admit Government's Exhibit 207 into evidence.                |
| 08:17 | 8  | THE COURT:  All right.  Received.                            |
| 08:17 | 9  | *(Exhibit Number 207 received in evidence.)*                 |
| 08:17 | 10 | *(Exhibit displayed.)*                                        |
| 08:17 | 11 | BY MR. SCALLY:                                                |
| 08:17 | 12 | Q.   Does this thread include logistical planning for this   |
|       | 13 | October 13th, 2019, lobster hunting trip?                    |
| 08:17 | 14 | A.   Yes, it does.                                            |
| 08:17 | 15 | Q.   Does it also, at the end, include some, for instance,   |
|       | 16 | some photos of that trip?                                     |
| 08:17 | 17 | A.   Yes, it does.                                            |
| 08:17 | 18 | *(Exhibit displayed.)*                                        |
| 08:17 | 19 | BY MR. SCALLY:                                                |
| 08:17 | 20 | Q.   And just looking at page 24, is that a picture of who   |
|       | 21 | you understand to be K.C. Cao?                               |
| 08:18 | 22 | A.   Yes, it is.                                              |
| 08:18 | 23 | Q.   I'munna direct your attention to page 12.              |
| 08:18 | 24 | *(Exhibit displayed.)*                                        |
|       | 25 |                                                              |

| | | |
|---|---|---|
| 08:18 | 1 | BY MR. SCALLY: |
| 08:18 | 2 | Q.   Was this recovered from Sheila Ritze's iPhone? |
| 08:18 | 3 | A.   Yes, it was. |
| 08:18 | 4 | Q.   I'munna direct your attention to this top message here, |
| | 5 | on page 12, and -- that's dated October 16, 2019 -- and ask |
| | 6 | you who's sending this message? |
| 08:18 | 7 | A.   Sheila Ritze is sending this message. |
| 08:18 | 8 | Q.   And so she's sending it to Wayne Le and K.C. Cao? |
| 08:18 | 9 | A.   That's correct. |
| 08:18 | 10 | Q.   And if you could read that message for us, please. |
| 08:18 | 11 | A.   The message says: |
| 08:18 | 12 |         "Don't forget to send us the address. |
| | 13 |         I'll see you gentlemen soon.  Looking |
| | 14 |         forward to it." |
| 08:18 | 15 | BY MR. SCALLY: |
| 08:18 | 16 | Q.   And is this also the same week that James Dao |
| | 17 | disappeared? |
| 08:19 | 18 | A.   Yes, it is. |
| 08:19 | 19 | Q.   Now, also regarding that trip, I'munna ask you to look |
| | 20 | at Exhibit 115. |
| 08:19 | 21 |      Is that a photo of Wayne Le from that trip? |
| 08:19 | 22 | A.   Yes, it is. |
| 08:19 | 23 | Q.   And does it include metadata for the photo? |
| 08:19 | 24 | A.   Yes, it does. |
| 08:19 | 25 | Q.   What is metadata? |

08:19   1   A.   Metadata is information that's stored with a picture

        2   that may indicate how the picture was taken, like the device

        3   it was taken with, the time, the date, the location,

        4   *et cetera*.  There's more that could be included.

08:19   5   Q.   And for purposes of Exhibit 115, did you take the

        6   location information from the metadata and plot that on

        7   Google maps?  And that's page 4 of the exhibit?

08:20   8   A.   That's correct.

08:20   9            MR. SCALLY:  Your Honor, at this time I'd move to

       10   admit Exhibit 115 into evidence.

08:20  11            THE COURT:  Received.

08:20  12        *(Exhibit Number 115 received in evidence.)*

08:20  13        *(Exhibit displayed.)*

08:20  14   BY MR. SCALLY:

08:20  15   Q.   Okay.  So, Special Agent Casey, is that the photograph

       16   of Wayne Le holding a lobster?

08:20  17   A.   Yes, it is.

08:20  18   Q.   And does the metadata -- when does the metadata

       19   indicate this picture, uh, was taken?

08:20  20   A.   (No response.)

08:20  21   Q.   If we look at page 3 of the exhibit...

08:20  22        *(Exhibit displayed.)*

08:20  23            THE WITNESS:  The metadata indicates that this

       24   picture was taken on October 13, 2019, at 9:45 p.m.

       25

```
08:20    1    BY MR. SCALLY:
08:20    2    Q.   And, again, it provides a location for that photograph?
08:20    3    A.   That's correct.
08:20    4    Q.   And is that in the form of a latitude and longitude?
08:20    5    A.   That's correct.
08:20    6    Q.   And I think you indicated that you plotted those on --
         7    that latitude and longitude on Google maps; is that correct?
08:21    8    A.   Yes.
08:21    9    Q.   So if we turn to page 4 of the exhibit, is this that
        10    plotting that you did?
08:21   11        (Exhibit displayed.)
08:21   12             THE WITNESS:  Yes.
08:21   13    BY MR. SCALLY:
08:21   14    Q.   So is that latitude and longitude that that photo was
        15    taken indicating that it was taken at the red dot here just
        16    off the jetty?
08:21   17    A.   Yes, it does.
08:21   18    Q.   Are you familiar with a company called "Logistimatics"?
08:21   19    A.   You may.
08:21   20    Q.   What is Logistimatics?
08:21   21    A.   Logistimatics is a commercial company that specializes
        22    in GPS tracking devices.
08:21   23    Q.   Take a look at Exhibit 117, please.  And please tell us
        24    what that is.
08:22   25    A.   Exhibit 117 is email correspondence between
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Logistimatics, uh, an email address associated with          |
|       | 2  | Sheila Ritze, and an email address associated with Wayne Le. |
| 08:22 | 3  | Q.   And what's the date of the email correspondence?        |
| 08:22 | 4  | A.   The first email correspondence is dated November 19,    |
|       | 5  | 2019, at 3:17 in the afternoon.                              |
| 08:22 | 6  | Q.   And is that an update from Logistimatics on the         |
|       | 7  | location of a particular tracking device?                    |
| 08:22 | 8  | A.   Yes, it is.                                             |
| 08:22 | 9  | Q.   And is that an update that's sent to Sheila Ritze?      |
| 08:22 | 10 | A.   Yes, it is.                                             |
| 08:22 | 11 | Q.   And does she forward that to Wayne Le?                  |
| 08:22 | 12 | A.   Yes, that's correct.                                    |
| 08:22 | 13 | Q.   And what -- at what time -- or on what date does she    |
|       | 14 | forward it?                                                  |
| 08:23 | 15 | A.   On November 19, 2019.                                   |
| 08:23 | 16 |      MR. SCALLY:  At this time, Your Honor, I'd move to      |
|       | 17 | admit Government's Exhibit 117 into evidence.                |
| 08:23 | 18 |      THE COURT:  Received.                                   |
| 08:23 | 19 |      *(Exhibit Number 117 received in evidence.)*           |
| 08:23 | 20 |      *(Exhibit displayed.)*                                  |
| 08:23 | 21 | BY MR. SCALLY:                                               |
| 08:23 | 22 | Q.   So is this -- looking at page 4 of the exhibit, is this |
|       | 23 | the update on the location of the tracker?                   |
| 08:23 | 24 | A.   Yes, it is.                                             |
| 08:23 | 25 | Q.   And does it indicate -- it may be difficult to read,    |

| | | |
|---|---|---|
| | 1 | but does it indicate that the tracker's at Orangefair Avenue |
| | 2 | in Fullerton, California? |
| 08:23 | 3 | A.   Yes, it does. |
| 08:23 | 4 | Q.   What do you recognize the significance of |
| | 5 | Orangefair Avenue in this investigation? |
| 08:23 | 6 | A.   The significance of Orangefair Avenue is James Dao and |
| | 7 | Natalie Nguyen's apartment was located on Orangefair Avenue. |
| 08:24 | 8 | Q.   And that's where -- is that where Natalie Nguyen was |
| | 9 | living as of November 19, 2019? |
| 08:24 | 10 | A.   Yes, it was. |
| 08:24 | 11 | Q.   And if we look at Exhibit 118, can you tell us what |
| | 12 | that is? |
| 08:24 | 13 | A.   Exhibit 118 is another version of the exhibit we just |
| | 14 | looked at. |
| 08:24 | 15 | Q.   So is that just a better view, basically, of the |
| | 16 | original email from Logistimatics to Sheila Ritze? |
| 08:24 | 17 | A.   Yes, it is. |
| 08:24 | 18 | MR. SCALLY:  Your Honor, I'd move to admit |
| | 19 | Government Exhibit 118 into evidence. |
| 08:24 | 20 | THE COURT:  Received. |
| 08:24 | 21 | *(Exhibit Number 118 received in evidence.)* |
| 08:24 | 22 | *(Exhibit displayed.)* |
| 08:24 | 23 | BY MR. SCALLY: |
| 08:24 | 24 | Q.   And just read the subject line of this email. |
| 08:24 | 25 | A.   The subject line of the email reads:  "00000-37951 has |

|       |    |                                                                   |
|-------|----|-------------------------------------------------------------------|
|       | 1  | a low battery."                                                   |
| 08:25 | 2  | Q.   And then it indicates this location?                         |
| 08:25 | 3  | A.   Yes.                                                          |
| 08:25 | 4  | Q.   Please take a look at Exhibit 119 and tell us what that      |
|       | 5  | is.                                                               |
| 08:25 | 6  | A.   Exhibit 119 is a Support email from Logistimatics to         |
|       | 7  | Sheila Ritze that she then forwarded on to Wayne Le.              |
| 08:25 | 8  |         MR. SCALLY:  Your Honor, I'd move to admit                 |
|       | 9  | Exhibit 119 into evidence.                                        |
| 08:25 | 10 |         THE COURT:  Received.                                      |
| 08:25 | 11 |     *(Exhibit Number 119 received in evidence.)*                  |
| 08:25 | 12 |     *(Exhibit displayed.)*                                         |
| 08:25 | 13 | BY MR. SCALLY:                                                     |
| 08:25 | 14 | Q.   Special Agent Casey, looking at Exhibit 119, what's the      |
|       | 15 | date of the forwarding -- or what's the date of -- yeah --        |
|       | 16 | what's the date of the forwarding from Sheila Ritze to           |
|       | 17 | Wayne Le?                                                          |
| 08:26 | 18 | A.   I believe the date of the forward --                         |
| 08:26 | 19 | Q.   And if you -- you can take a look at the one on the          |
|       | 20 | ELMO also.                                                        |
| 08:26 | 21 | A.   Yeah.  The date'a the forward is November 7th, 2019.         |
|       | 22 | And, I believe the time is 2139.                                  |
| 08:26 | 23 | Q.   And what does Sheila Ritze say to Wayne Le about this        |
|       | 24 | email?                                                             |
| 08:26 | 25 | A.   She says, "No worries.  Just wanted you to have it."         |

08:26  1          And just to clarify, I believe, that message -- the "No

       2   worries.  Just wanted you to have it" -- is what was sent on

       3   November 7, 2019, at 9:39.

08:26  4   Q.   Okay.  And so actually the original forwarding itself

       5   is down here at 9:09 p.m.; is that right?

08:26  6   A.   That's correct.

08:27  7   Q.   Let me have you look at the next exhibit, Exhibit 201,

       8   and ask if you can tell us -- tell the jury what that is.

08:27  9   A.   Exhibit 201 is a multitude of pictures and associated

      10   metadata recovered from Sheila Ritze's iPhone.

08:27 11          MR. SCALLY:  Your Honor, at this time I'd move to

      12   admit Exhibit 201 into evidence.

08:27 13          THE COURT:  Received.

08:27 14       *(Exhibit Number 201 received in evidence.)*

08:27 15   BY MR. SCALLY:

08:27 16   Q.   Looking at just the first page of Exhibit 201 -- um,

      17   does Exhibit 201 contain a number of photographs of Wayne Le

      18   and Sheila Ritze in Las Vegas from a trip in November 2019?

08:27 19   A.   Yes, it does.

08:27 20       *(Exhibit displayed.)*

08:27 21   BY MR. SCALLY:

08:27 22   Q.   So is that what exhibit, um -- or what page 1 of the

      23   exhibit appears to be?

08:28 24   A.   Yes.

08:28 25       *(Exhibit displayed.)*

08:28    1    BY MR. SCALLY:

08:28    2    Q.   Is that what page 3 of the exhibit appears to be?

08:28    3    A.   Yes.

08:28    4         *(Exhibit displayed.)*

         5    BY MR. SCALLY:

08:28    6    Q.   Is that what page 5 of the exhibit appears to be?

08:28    7    A.   Yes.

08:28    8         *(Exhibit displayed.)*

         9    BY MR. SCALLY:

08:28   10    Q.   Is that what page 7 of the exhibit appears to be?

08:28   11    A.   Yes.

08:28   12         *(Exhibit displayed.)*

08:28   13    BY MR. SCALLY:

08:28   14    Q.   Is Exhibit 9, uh -- or page 9 another photograph of

        15    Wayne Le and Sheila Ritze?

08:28   16    A.   Yes, it is.

08:28   17    Q.   Let me direct your attention to page 23 of the exhibit.

08:28   18         *(Exhibit displayed.)*

08:28   19    BY MR. SCALLY:

08:28   20    Q.   What is page 23?

08:28   21    A.   Page 23 is what appears to be a screenshot of the

        22    Logistimatics email that we discussed showing that a device

        23    has a low battery on Orangefair Avenue.

08:29   24    Q.   And so this is actually a screenshot recovered from

        25    Sheila Ritze's iPhone of the emails we were just talking

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | about concerning Logistimatics?                              |
| 08:29 | 2  | A.   That's correct.                                         |
| 08:29 | 3  | Q.   And that Logistimatics email that we were looking at,   |
|       | 4  | when she said, "Just wanted you to have it," could you tell  |
|       | 5  | from the context what she wanted him to have?                |
| 08:29 | 6  | A.   She wanted him to have the email from Logistimatics.    |
| 08:29 | 7  | Q.   And, just in terms of the dates of these emails, this   |
|       | 8  | is all in November of 2019?                                  |
| 08:29 | 9  | A.   That's correct.                                         |
| 08:29 | 10 | Q.   A few weeks after James Dao's disappearance?            |
| 08:29 | 11 | A.   Yes.                                                    |
| 08:30 | 12 | Q.   Let me direct your attention to page 77 of Exhibit 201. |
| 08:30 | 13 | (Exhibit displayed.)                                         |
| 08:30 | 14 | BY MR. SCALLY:                                               |
| 08:30 | 15 | Q.   What is -- what do we see on page 77?                   |
| 08:30 | 16 | A.   Page 77 appears to be a screenshot of an ad for a       |
|       | 17 | Logistimatics tracking device.                               |
| 08:30 | 18 | Q.   And this is a screenshot of an ad for a tracking device |
|       | 19 | recovered from Sheila Ritze's iPhone?                        |
| 08:30 | 20 | A.   That's correct.                                         |
| 08:30 | 21 | Q.   Lemm -- I'munna turn to page 51, and we'll go through a |
|       | 22 | few pages in that range.                                     |
| 08:30 | 23 | (Exhibit displayed.)                                         |
| 08:30 | 24 | BY MR. SCALLY:                                               |
| 08:30 | 25 | Q.   What do we see on page 51 of Exhibit 201?               |

| | | |
|---|---|---|
| 08:30 | 1 | A.   Page 51 of Exhibit 201 is an image of a tracking device |
| | 2 | that was recovered from Sheila Ritze's iPhone. |
| 08:31 | 3 | Q.   Okay.  And the -- this image -- |
| 08:31 | 4 | *(Court reporter requests clarification for the* |
| | 5 | *record.)* |
| 08:31 | 6 | MR. SCALLY:  I'm sorry. |
| 08:31 | 7 | BY MR. SCALLY: |
| 08:31 | 8 | Q.   And this image was recovered from Sheila Ritze's |
| | 9 | iPhone; is that correct? |
| 08:31 | 10 | A.   That's correct. |
| 08:31 | 11 | Q.   And turning a few pages to exhibit -- excuse me -- to |
| | 12 | page 55... |
| 08:31 | 13 | *(Exhibit displayed.)* |
| 08:31 | 14 | BY MR. SCALLY: |
| 08:31 | 15 | Q.   What is that? |
| 08:31 | 16 | A.   That's another image of a tracking device recovered |
| | 17 | from Sheila Ritze's iPhone. |
| 08:31 | 18 | Q.   And we turn to page 59 of the exhibit. |
| 08:31 | 19 | *(Exhibit displayed.)* |
| 08:31 | 20 | BY MR. SCALLY: |
| 08:31 | 21 | Q.   Is that the same image? |
| 08:31 | 22 | A.   Yes, it is. |
| 08:31 | 23 | Q.   And 61? |
| 08:31 | 24 | *(Exhibit displayed.)* |
| | 25 | |

| 08:31 | 1 | BY MR. SCALLY: |

08:31   1   BY MR. SCALLY:

08:31   2   Q.   Same thing?

08:31   3   A.   That's correct.

08:32   4   Q.   Now, are you familiar with a company called

        5   GPS & Track?

08:32   6   A.   Yes, I am.

08:32   7   Q.   What is GPS & Track?

08:32   8   A.   GPS & Track is a company that provides the service of

        9   GPS tracking.

08:32  10   Q.   So sort of -- like, uh, similar to Logistimatics?

08:32  11   A.   That's correct.

08:32  12   Q.   Let me have you take a look at Exhibits 177 and 178.

       13   Should be in the pile.

08:32  14        And if you could tell us what those are.

08:32  15   A.   Exhibits 177 and 178 are the interface for GPS & Track

       16   on a mobile device.  They appear to be a screenshot.  And

       17   they display the location of a tracking device.

08:32  18   Q.   And were these recovered from Wayne Le's iPhone?

08:32  19   A.   Yes, they were.

08:32  20   Q.   And is the dates of these interfaces November 26th for

       21   Exhibit 177 and November 27th for Exhibit 178?

08:33  22   A.   That's correct.

08:33  23        MR. SCALLY:  At this time, Your Honor, I'd move to

       24   admit Government's Exhibit 177 and 178.

08:33  25        THE COURT:  177, 178 are received into evidence.

| 08:33 | 1 | *(Exhibit Number 178 received in evidence.)* |
| 08:33 | 2 | *(Exhibit displayed.)* |
| 08:33 | 3 | BY MR. SCALLY: |
| 08:33 | 4 | Q.    And in looking at the screenshot recovered from |
| | 5 | Wayne Le's iPhone regarding the status of a tracker on |
| | 6 | November -- or, excuse me -- November 26th, 2019, what's the |
| | 7 | location that's indicated where this tracking device is? |
| 08:33 | 8 | A.    The location that's indicated is 1166 South |
| | 9 | Nicklett Avenue in Fullerton. |
| 08:33 | 10 | Q.    What's the significance of Nicklett Avenue in this |
| | 11 | investigation? |
| 08:34 | 12 | A.    The significance of Nicklett Avenue is the -- Natalie |
| | 13 | Nguyen's mother lives on Nicklett Avenue.  And after Natalie |
| | 14 | Nguyen moved out of the apartment on Orangefair, she |
| | 15 | temporarily lived at the address on Nicklett. |
| 08:34 | 16 | Q.    Let me show you Exhibit 178 and ask you some similar |
| | 17 | questions. |
| 08:34 | 18 | *(Exhibit displayed.)* |
| 08:34 | 19 | BY MR. SCALLY: |
| 08:34 | 20 | Q.    So, again, this is a screenshot from Wayne Le's iPhone? |
| 08:34 | 21 | A.    That's correct. |
| 08:34 | 22 | Q.    And this is about the status of a tracker on |
| | 23 | November 27th, 2019? |
| 08:34 | 24 | A.    That's correct. |
| 08:34 | 25 | Q.    And what's the location of the tracker -- and we don't |

|       |    |                                                         |
|-------|----|---------------------------------------------------------|
|       | 1  | need the exact address -- but what's the city that the  |
|       | 2  | tracker's in at the time?                               |
| 08:34 | 3  | A.   The city is Gilbert in Arizona.                    |
| 08:35 | 4  | Q.   Special Agent Casey, if you can look at Exhibit 203 -- |
|       | 5  | should be the next one down -- and tell us what that is. |
| 08:35 | 6  | A.   Exhibit 203 are physical images taken of Wayne Le's |
|       | 7  | iPhone 6 Plus.                                          |
| 08:35 | 8  | Q.   And is it images of messages between Wayne Le and  |
|       | 9  | Sheila Ritze between November 26, 2019, and November 29th, |
|       | 10 | 2019?                                                   |
| 08:35 | 11 | A.   Yes, that's correct.                               |
| 08:35 | 12 |         MR. SCALLY:  Your Honor, I'd move to admit      |
|       | 13 | Government Exhibit 203 at this time.                    |
| 08:36 | 14 |         THE COURT:  Received.                           |
| 08:36 | 15 |     (Exhibit Number 203 received in evidence.)          |
| 08:36 | 16 |     (Exhibit displayed.)                                |
| 08:36 | 17 | BY MR. SCALLY:                                          |
| 08:36 | 18 | Q.   I'munna turn to page 6 of Government Exhibit 203.  |
| 08:36 | 19 |      (Exhibit displayed.)                               |
| 08:36 | 20 | BY MR. SCALLY:                                          |
| 08:36 | 21 | Q.   And, Special Agent Casey, what's the date here?  Is it |
|       | 22 | November 28, 2019?                                      |
| 08:36 | 23 | A.   Yes, it is.                                        |
| 08:36 | 24 | Q.   And what does the message -- and is the blue "Wayne"? |
| 08:36 | 25 | A.   That's correct.                                    |

| | | |
|---|---|---|
| 08:36 | 1 | Q.   And the gray is "Sheila Ritze"? |
| 08:36 | 2 | A.   Yes. |
| 08:36 | 3 | Q.   Can you read this message sent on November 28th, 2019, |
| | 4 | at 1:12 p.m. from Wayne Le to Sheila Ritze for the jury. |
| 08:36 | 5 | A.   Message says, |
| 08:36 | 6 | "Tracker went to Arizona last night," |
| | 7 | dot, dot, dot, dot, "Hmmmm." |
| 08:37 | 8 | Q.   And what's the response from Sheila Ritze on -- I guess |
| | 9 | a minute later? |
| 08:37 | 10 | A.   The response is an emoji "Hmm, indeed." |
| 08:37 | 11 | Q.   And I guess the emoji's is little hard to see.  Is that |
| | 12 | kind've what you understand to be the "wandering" emoji? |
| 08:37 | 13 | A.   That's correct. |
| 08:37 | 14 | Q.   And turning to the next page of the exhibit. |
| 08:37 | 15 | *(Exhibit displayed.)* |
| 08:37 | 16 | BY MR. SCALLY: |
| 08:37 | 17 | Q.   There are a few -- a few more messages after, "Hmm, |
| | 18 | indeed."  Is that right? |
| 08:37 | 19 | A.   That's correct. |
| 08:37 | 20 | Q.   And if you can read this -- another message here in the |
| | 21 | string, sent from Wayne Le to Sheila Ritze, a few minutes |
| | 22 | after the string we just read at 6:16 p.m. |
| 08:37 | 23 | Can you read this message for us, please. |
| 08:37 | 24 | A.   The message says, |
| 08:37 | 25 | "I want my 100K.  Bitch is prolly |

```
          1              trying to a stash it."
08:38     2          (As read and verbatim with exhibit.)
08:38     3    Q.   And is this the next part of message string on page 8?
08:38     4    A.   Yes, it is.
08:38     5    Q.   Is that sent from Sheila Ritze to Wayne Le?
08:38     6    A.   Yes, it is.
08:38     7    Q.   Turning to page 10 of the exhibit...
08:38     8          (Exhibit displayed.)
08:38     9    BY MR. SCALLY:
08:38    10    Q.   Now, what type of messages are these?
08:38    11    A.   These are Signal message.
08:38    12    Q.   What is "Signal"?
08:38    13    A.   Signal is an encrypted messaging platform.
08:38    14    Q.   And when you say "encrypted," is that sort of like
         15    WhatsApp?
08:38    16    A.   That's correct.
08:38    17    Q.   And what is this -- you see -- do you see this portion
         18    that says, "You set disappearing message time to
         19    30 minutes"?
08:39    20    A.   Yes.
08:39    21    Q.   What does that mean?
08:39    22    A.   That's an indication that the user of that phone has
         23    set the messages received to disappear or delete after a
         24    period of 30 minutes.
08:39    25    Q.   Okay.  And, um, what does -- and so that would be --
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | this is Wayne Le's phone; correct?                       |
| 08:39 | 2  | A.   That's correct.                                     |
| 08:39 | 3  | Q.   So he woulda been the one who set the disappearing  |
|       | 4  | message time on this particular phone?                   |
| 08:39 | 5  | A.   That's correct.                                     |
| 08:39 | 6  | Q.   What does he tell Sheila Ritze here in this message |
|       | 7  | November 29, 2019?                                       |
| 08:39 | 8  | A.   He says,                                            |
| 08:39 | 9  |          "Preferred here.  Calls encrypted with          |
|       | 10 |          this 714 number.  Don't release so much         |
|       | 11 |          info to other phone PLZ."                        |
| 08:39 | 12 | Q.   Now, during the course'a this investigation, prior to |
|       | 13 | the arrest of Wayne Le and Sheila Ritze, had you come into |
|       | 14 | possession of some of the exhibits we've been reviewing, uh, |
|       | 15 | prior to their arrest?                                    |
| 08:40 | 16 | A.   Yes, I had.                                          |
| 08:40 | 17 | Q.   And in particular did that include Exhibit 118 that we, |
|       | 18 | uh -- we talked about a moment ago?                      |
| 08:40 | 19 | A.   Yes, it did.                                         |
| 08:40 | 20 | Q.   What did your discovery of Exhibit 118 cause you to do? |
| 08:40 | 21 | A.   When we discovered Exhibit 118 and noted that a     |
|       | 22 | tracking device was on Natalie Nguyen's street, we became |
|       | 23 | concerned that there may be a tracking device on Natalie |
|       | 24 | Nguyen's van.                                             |
| 08:40 | 25 | Q.   So what did you do?                                  |

```
08:40   1   A.   We called Natalie Nguyen and asked her to come meet us

        2   so we could search her vehicle for the presence of a

        3   tracking device.

08:40   4   Q.   What did you find?

08:40   5   A.   We found a tracking device.

08:41   6   Q.   If you could take a look at Exhibits 120 through 122...

        7   Let us know what those are.

08:41   8   A.   Exhibits 120 through 122 are images I took of the GPS

        9   tracking device recovered from Natalie Nguyen's van.

08:41  10        MR. SCALLY:  At this time, Your Honor, I'd move to

       11   admit 120 through 122.

08:41  12        THE COURT:  120, 121 and 122 are received into

       13   evidence.

08:41  14        (Exhibit Number 120 received in evidence.)

08:41  15        (Exhibit Number 121 received in evidence.)

08:41  16        (Exhibit Number 122 received in evidence.)

08:41  17        (Exhibit displayed.)

08:41  18   BY MR. SCALLY:

08:41  19   Q.   So looking at Exhibit 120, what are we looking at

       20   Special Agent Casey?

08:41  21   A.   Exhibit 120 is a tracking device in a case that has

       22   magnets on it affixed to the frame of Natalie Nguyen's van

       23   on the undercarriage.

08:41  24   Q.   And what's the date that this -- that you found this?

08:41  25   A.   (No response.)
```

| | | |
|---|---|---|
| 08:41 | 1 | Q.   Was it December 13th, 2019? |
| 08:42 | 2 | A.   I believe that's correct. |
| 08:42 | 3 | *(Exhibit displayed.)* |
| 08:42 | 4 | BY MR. SCALLY: |
| 08:42 | 5 | Q.   And what do we see in Exhibit 121? |
| 08:42 | 6 | A.   In Exhibit 121, it's the same tracking device.  At this |
| | 7 | point, I've removed it from the van and opened the case to |
| | 8 | photograph the tracking itself. |
| 08:42 | 9 | Q.   And through your review of the tracking device, does it |
| | 10 | appear to match the tracking device shown in here, in |
| | 11 | Exhibit 201? |
| 08:42 | 12 | *(Exhibit displayed.)* |
| 08:42 | 13 | THE WITNESS:  Yes, it does. |
| 08:42 | 14 | BY MR. SCALLY: |
| 08:42 | 15 | Q.   And just as a reminder, Exhibit 201, on page 61, what |
| | 16 | is that?  Is that a screenshot of a tracking device on |
| | 17 | Sheila Ritze's phone? |
| 08:42 | 18 | A.   Yes, it is. |
| 08:42 | 19 | Q.   And Exhibit 122, does that -- is that basically an |
| | 20 | image of the IMEI number on the tracking device found on |
| | 21 | Natalie Nguyen's car? |
| 08:43 | 22 | A.   That's correct. |
| 08:43 | 23 | Q.   Special Agent Casey, if you could take a look for |
| | 24 | Exhibit 403 -- a physical Exhibit -- on the shelf behind |
| | 25 | you. |

08:43  1   A.    (Complies.)

08:43  2   Q.    What is Exhibit 403?

08:43  3   A.    Exhibit 403 is the tracking device I recovered from

       4   Natalie Nguyen's van.

08:43  5            MR. SCALLY:  This time, Your Honor, I'd move admit

       6   Government's Exhibit 403 into evidence.

08:43  7            THE COURT:  Received.

08:43  8        *(Exhibit Number 403 received in evidence.)*

08:44  9            MR. SCALLY:  And I'd like to read a stipulation,

      10   Your Honor, and move the stipulation into evidence also.

08:44 11            THE COURT:  Does the stipulation have a number on

      12   it?

08:44 13            MR. SCALLY:  Yes, Your Honor.  Exhibit 431.

08:44 14            THE COURT:  All right.

08:44 15            You may read that stipulation.

08:44 16            MR. SCALLY:  Thank you, Your Honor.

08:44 17                  **STIPULATION (EXHIBIT 403)**

08:44 18            MR. SCALLY:  (Reading:)

08:44 19              "Plaintiff, United States of America,

      20              and Defendant, Sheila Marie Ritze,

      21              hereby stipulate that on December 13,

      22              2019, agents recovered the tracking

      23              device designated as Exhibit 403 and

      24              depicted in Government's Exhibits 120

      25              through 122, from a vehicle belonging to

|       |    |                                                         |
|-------|----|---------------------------------------------------------|
|       | 1  | and used by Natalie Nguyen.                             |
| 08:44 | 2  | "Parties further agree that forensic                    |
|       | 3  | analysis'a the tracking" -- (verbatim.)                 |
| 08:44 | 4  | THE COURT:  Little slower, Counsel.                     |
| 08:44 | 5  | MR. SCALLY:  Thank you, Your Honor.                     |
| 08:44 | 6  | I apologize.                                            |
| 08:44 | 7  | "The parties further agree that                         |
|       | 8  | forensic analysis of the tracking device                |
|       | 9  | revealed the presence of the DNA of Hong                |
|       | 10 | Xuan Le, also known as Wayne Le, on the                 |
|       | 11 | tracking device."                                       |
| 08:45 | 12 | And I'd move to admit Exhibit 431 into evidence.        |
| 08:45 | 13 | THE COURT:  Stipulation agreed to by the defense        |
|       | 14 | and the government?  All right.  Then it's a binding piece |
|       | 15 | of evidence for us; it's a stipulation between the parties. |
| 08:45 | 16 | And 431 is received.                                    |
| 08:45 | 17 | *(Exhibit Number 431 received in evidence.)*            |
| 08:45 | 18 | BY MR. SCALLY:                                          |
| 08:45 | 19 | Q.  Special Agent Casey, please, take a look at         |
|       | 20 | Exhibit 202, the next exhibit in the pile.  And tell us what |
|       | 21 | that is.                                                |
| 08:45 | 22 | A.  Exhibit 202 are images taken of Sheila Ritze's iPhone, |
|       | 23 | showing Signal messages between Sheila Ritze and Wayne Le. |
| 08:45 | 24 | Q.  And is the date range of those Signal messages      |
|       | 25 | December 1st, 2019, to December 18th, 2019?             |

| | | |
|---|---|---|
| 08:46 | 1 | A.   That's correct. |
| 08:46 | 2 | MR. SCALLY:  This time, Your Honor, I'd move |
| | 3 | to 'mit [sic] govern -- |
| 08:46 | 4 | THE COURT:  Just a moment. |
| 08:46 | 5 | Is it December 1st through December 18th, Counsel? |
| 08:46 | 6 | MR. SCALLY:  Yes, Your Honor. |
| 08:46 | 7 | THE COURT:  All right.  Thank you. |
| 08:46 | 8 | MR. WIECHERT:  May I have a moment, Your Honor? |
| 08:46 | 9 | THE COURT:  You may. |
| 08:46 | 10 | MR. WIECHERT:  Thank you, Your Honor. |
| 08:46 | 11 | *(Court reporter requests clarification for the* |
| | 12 | *record.)* |
| 08:47 | 13 | THE COURT:  There was no receipt.  202 has just |
| | 14 | been referred to so far. |
| 08:47 | 15 | MR. SCALLY:  At this time, Your Honor, I'd move to |
| | 16 | admit Exhibit 202. |
| 08:47 | 17 | THE COURT:  All right.  Received. |
| 08:47 | 18 | *(Exhibit Number 202 received in evidence.)* |
| 08:47 | 19 | BY MR. SCALLY: |
| 08:47 | 20 | Q.   Does Sheila Ritze use a "heart" emoji multiple times |
| | 21 | throughout this thread? |
| 08:47 | 22 | A.   Yes, she does. |
| 08:47 | 23 | Q.   I'munna direct your attention to page 38. |
| 08:47 | 24 | *(Exhibit displayed.)* |
| | 25 | |

| | | |
|---|---|---|
| 08:47 | 1 | BY MR. SCALLY: |
| 08:47 | 2 | Q.   Is "Sheila Ritze" in blue and "Wayne Le" in gray? |
| 08:47 | 3 | A.   That's correct. |
| 08:47 | 4 | Q.   Let me just have you read the underlined portion of |
| | 5 | this message here, uh, sent looks like on December 6, 2019. |
| 08:47 | 6 | A.   It says, "My greatest catch ever is you." |
| 08:47 | 7 | Q.   Is that from Sheila Ritze to Wayne Le? |
| 08:47 | 8 | A.   Yes, it is. |
| 08:48 | 9 | Q.   And just turning to page 43 of the exhibit... |
| 08:48 | 10 | *(Exhibit displayed.)* |
| 08:48 | 11 | BY MR. SCALLY: |
| 08:48 | 12 | Q.   Let me just have you read this message he sent on |
| | 13 | December 6th -- again, on December 6th from Sheila Ritze to |
| | 14 | Wayne Le -- starting, "I can only imagine." |
| 08:48 | 15 | A.   (Reading:) |
| 08:48 | 16 | "I can only imagine how tired you are. |
| | 17 | I just want to tell you how much I |
| | 18 | appreciate you and so many ways I value |
| | 19 | our friendship more than you'll ever |
| | 20 | know.  I woke up this morning with a |
| | 21 | smile, ready to conquer yet another step |
| | 22 | forward in my life and not backwards. |
| | 23 | Thanks for being there till my hand |
| | 24 | along the way." |
| 08:48 | 25 | *(As read and verbatim with text.)* |

| | | |
|---|---|---|
| 08:48 | 1 | BY MR. SCALLY: |
| 08:48 | 2 | Q.   And turning to page 54 -- so the date range of these |
| | 3 | messages -- this is all after James Dao disappeared; is that |
| | 4 | correct? |
| 08:49 | 5 | A.   That's correct. |
| 08:49 | 6 | Q.   And let's look at page 54 of the exhibit. |
| 08:49 | 7 | *(Exhibit displayed.)* |
| 08:49 | 8 | BY MR. SCALLY: |
| 08:49 | 9 | Q.   And I'll ask you to read this message -- uh, I guess |
| | 10 | again sent on December 6, 2019, to Wayne Le, starting, "I am |
| | 11 | super." |
| 08:49 | 12 | A.   (Reading:) |
| 08:49 | 13 |         "I am super proud of you for taking |
| | 14 |         your time and not make a knee-jerk |
| | 15 |         impulse buy.  You are an amazing man and |
| | 16 |         I am not only proud, but honored to be |
| | 17 |         by your side.  The best things come to |
| | 18 |         those who wait," dot, dot, dot.  "I say |
| | 19 |         this when it comes to my impulse with |
| | 20 |         you," dot, dot, dot.  "Perhaps it will |
| | 21 |         only [sic] help you with this van you so |
| | 22 |         long to own."  (As read.) |
| 08:49 | 23 |     And then a "prayer" emoji. |
| 08:49 | 24 | Q.   And lastly on this exhibit, turning to page 55. |
| 08:50 | 25 |     *(Exhibit displayed.)* |

| | | |
|---|---|---|
| 08:50 | 1 | BY MR. SCALLY: |
| 08:50 | 2 | Q.   How does Sheila Ritze address Wayne Le on December 7th, |
| | 3 | 2019? |
| 08:50 | 4 | A.   She addresses him as "my sweet Wayne." |
| 08:50 | 5 | Q.   Special Agent Casey, please take a look at Exhibit 206 |
| | 6 | in the pile, which should be the exhibit next.  And tell us |
| | 7 | what that is. |
| 08:50 | 8 | A.   Exhibit 206 is another string of text message |
| | 9 | communications between Sheila Ritze and Wayne Le. |
| 08:50 | 10 | Q.   And was this recovered from Sheila Ritze's iPhone? |
| 08:50 | 11 | A.   Yes, it was. |
| 08:50 | 12 | Q.   And is the date range -- |
| 08:50 | 13 | *(Court reporter requests clarification for the* |
| | 14 | *record.)* |
| 08:50 | 15 |      MR. SCALLY:  I'm sorry. |
| 08:50 | 16 | BY MR. SCALLY: |
| 08:50 | 17 | Q.   Is the date range December 1st, 2019, through |
| | 18 | December 8, 2019? |
| 08:51 | 19 | A.   That's correct. |
| 08:51 | 20 | Q.   And, again, is that after James Dao's disappearance? |
| 08:51 | 21 | A.   Yes, it is. |
| 08:51 | 22 |      MR. SCALLY:  Your Honor, I'd move to admit |
| | 23 | Government's Exhibit 206. |
| 08:51 | 24 |      THE COURT:  Received. |
| 08:51 | 25 | *(Exhibit Number 206 received in evidence.)* |

08:51   1    BY MR. SCALLY:

08:51   2    Q.   And are some of the photos -- like one'a the earlier

        3    exhibits that we looked at, um, are Wayne and Sheila Ritze

        4    sending photo -- photos back and forth?

08:51   5    A.   Yes, they are.

08:51   6    Q.   And are some of those photos that are embedded within

        7    the thread attached at the end of the exhibit in the last

        8    three pages?

08:51   9    A.   Yes, they are.

08:51   10   Q.   And is this thread largely logistical discussions

        11   surrounding vehicles?

08:51   12   A.   Yes.

08:51   13   Q.   Does it include the exchange of a photograph of an

        14   insurance card.

08:51   15   A.   (No response.)

08:52   16   Q.   That's depicted on page 37 of the exhibit.

08:52   17   A.   Yes, it does.

08:52   18   Q.   And showing you that photograph in its larger size.

08:52   19        *(Exhibit displayed.)*

08:52   20   BY MR. SCALLY:

08:52   21   Q.   Does this show named drivers for a particular Cadillac?

08:52   22   A.   Yes, it does.

08:52   23   Q.   And who are those named drivers?

08:52   24   A.   The named drivers are Wayne Le and Sheila Ritze.

08:52   25   Q.   And it reads, "Hoang Xuan Le"; right?

08:52   1   A.   That's correct.

08:52   2   Q.   You understand that to be Wayne Le; correct?

08:52   3   A.   (No audible response.)

08:52   4   Q.   I'm sorry.  Did you say "yes"?

08:52   5   A.   Yes, that's correct.

08:52   6   Q.   And what's the effective date of this insurance card

        7   naming Wayne Le and Sheila Ritze as drivers of a particular

        8   vehicle?

08:52   9   A.   The effective date is November 21, 2019.

08:52   10  Q.   And that's after James Dao's disappearance?

08:53   11  A.   Yes, it is.

08:53   12  Q.   Special Agent Casey, can you take a look at exhibits

        13  231 and 232, please, and tell us what those are.

08:53   14  A.   Exhibits 231 and 232 are text message and multimedia

        15  message communications between Sheila Ritze and someone in

        16  her phone book as "Nomie Palms Springs"

08:53   17  Q.   And is "Nomie" spelled N-O-M-I-E in this text message?

08:53   18  A.   In this text message, yes.

08:53   19  Q.   And is the date range of those messages from

        20  October 22nd, 2019, until November 25th, 2019.

08:54   21  A.   Until "October" 25th, 2019, yes.

08:54   22  Q.   So to -- Exhibit 231 goes up to October 25th; is that

        23  correct?

08:54   24  A.   That's correct.

08:54   25  Q.   And exhibit -- how -- how far does Exhibit 232 go?

08:54   1    A.   Exhibit 232 goes to November 25th, 2019.

08:54   2    Q.   And are they, um --

08:54   3              THE COURT:  Just a moment.

08:54   4              Did you say it goes to November 25th?  Or

        5    October 25th?

08:54   6              MR. SCALLY:  I can clarify, Your Honor.

08:54   7              THE COURT:  Well, I didn't know if we got that

        8    correct.  Well, strike that.  Please continue.

08:54   9    BY MR. SCALLY:

08:54  10    Q.   So just to be clear, Exhibit 231 goes from October 22nd

       11    to "October" -- October 25th, 2019; is that correct?

08:54  12    A.   That's correct.

08:54  13    Q.   And Exhibit 232 goes from October 22nd, 2019, until

       14    November 25th, 2019; is that correct?

08:55  15    A.   That's correct.

08:55  16    Q.   And these two messages -- message strings, one is MMS

       17    messages and one is regular text messages; is that correct?

08:55  18    A.   That's correct.

08:55  19    Q.   And so on Sheila Ritze's phone, these woulda been

       20    together in the same string; is that correct?

08:55  21    A.   That's correct.

08:55  22              MR. SCALLY:  Your Honor, at this time, I'd move to

       23    admit Government's Exhibits 231 and 232.

08:55  24              THE COURT:  231, 232 are received.

08:55  25              *(Exhibit Number 231 received in evidence.)*

| | | |
|---|---|---|
| 08:55 | 1 | *(Exhibit Number 232 received in evidence.)* |
| 08:55 | 2 | BY MR. SCALLY: |
| 08:55 | 3 | Q.  Showing you the first page here of Exhibit 231... |
| 08:55 | 4 | *(Exhibit displayed.)* |
| 08:55 | 5 | BY MR. SCALLY: |
| 08:55 | 6 | Q.  Is this basically a discussion of an upcoming trip to |
| | 7 | Las Vegas? |
| 08:56 | 8 | A.  Yes, it is. |
| 08:56 | 9 | Q.  And directing your attention to page 2... |
| 08:56 | 10 | *(Exhibit displayed.)* |
| 08:56 | 11 | BY MR. SCALLY: |
| 08:56 | 12 | Q.  On October 22nd, 2019, is that about a week after James |
| | 13 | Dao's disappearance? |
| 08:56 | 14 | A.  Yes, it is. |
| 08:56 | 15 | Q.  And is the green here "Sheila Ritze"? |
| 08:56 | 16 | A.  Yes, it is. |
| 08:56 | 17 | Q.  And the blue messages are from "Nomie Palms Springs"? |
| 08:56 | 18 | A.  That's correct. |
| 08:56 | 19 | Q.  And on November 22nd, at 12:19, what does Sheila Ritze |
| | 20 | tell "Nomie Palms Springs"? |
| 08:56 | 21 | A.  Sheila Ritze says, "I can't wait for you to meet my |
| | 22 | sweetheart." |
| 08:57 | 23 | Q.  Okay.  And then -- so that's at 12:19. |
| 08:57 | 24 | *(Display adjusted.)* |
| | 25 | |

08:57    1    BY MR. SCALLY:

08:57    2    Q.   At 12:28 and 12:29, does she send a couple photos of

         3    what appears to be the aforementioned sweetheart?

08:57    4    A.   Yes, she does.

08:57    5    Q.   And at the end of page -- at the end of Exhibit 232,

         6    are these those -- larger versions of those photos?

08:57    7    A.   Yes, they are.

08:57    8        *(Exhibit displayed.)*

08:57    9    BY MR. SCALLY:

08:57   10    Q.   So on page 7, is this one'a those photos?

08:57   11    A.   That's correct.

08:57   12        *(Exhibit displayed.)*

08:57   13    BY MR. SCALLY:

08:57   14    Q.   And on page 8, is this another one of those photos?

08:57   15    A.   Yes, it is.

08:57   16    Q.   So from reviewing this text string, it appears she's

        17    referring to Wayne Le?

08:57   18    A.   Yes, it does.

08:57   19    Q.   Now, going forward in Exhibit 231 -- if we go to page 3

        20    of that exhibit.

08:58   21        *(Exhibit displayed.)*

08:58   22    BY MR. SCALLY:

08:58   23    Q.   Let me have you read to the jury this message she sends

        24    to "Nomie Palms Springs"?

08:58   25    A.    She says,

08:58   1                    "You are gonna trip.  I'm with a

        2                    Vietnamese man and he's hard to break

        3                    this little shit."

08:58   4   Q.   And turning to the next page, page 4.

08:58   5        (Exhibit displayed.)

08:58   6   BY MR. SCALLY:

08:58   7   Q.   How does -- how does "Nomie" respond?

08:58   8   A.   "Nomie" responds:  "OMG.  I'm so happy for you."

08:58   9   Q.   And what does Sheila Ritze say?

08:58   10  A.   Sheila Ritze says, "He got me a big suite at the

        11  Palms."

08:59   12  Q.   And "Nomie's" response?

08:59   13  A.   "Awwww, that's awesome."

08:59   14  Q.   And Sheila Ritze's response?

08:59   15  A.   Her response is,

08:59   16                  "He's gangster though and he don't

        17                  fuck around with nobody."

08:59   18  Q.   And this is the week after James Dao's disappearance?

08:59   19  A.   That's correct.

08:59   20  Q.   And what does Sheila Ritze say -- say next?

08:59   21  A.   She says, "Never thought this would be my life."

08:59   22  Q.   Okay.  And then there are couple more messages about

        23  the trip; is that correct?

08:59   24  A.   That's correct.

09:00   25  Q.   Then if we turn to page 7 of the exhibit.

09:00  1          *(Exhibit displayed.)*

09:00  2     BY MR. SCALLY:

09:00  3     Q.   What does -- if you could read this message for the

       4     jury from Sheila Ritze to "Nomie Palms Springs".

09:00  5     A.   The message says,

09:00  6                    "I told you he's gangster, have no

       7               clue.  He's one of the highest crazy

       8               fools and he's Asian gangs out here."

09:00  9          *(As read and verbatim with exhibit.)*

09:00  10    BY MR. SCALLY:

09:00  11    Q.   And this is again on October 22nd, 2019?

09:00  12    A.   That's correct.

09:00  13         *(Exhibit displayed.)*

09:00  14    BY MR. SCALLY:

09:00  15    Q.   And on the next page, Exhibit 8, what does she say

       16    next?

09:00  17    A.   She says,

09:00  18                   "Don't even ask how I got involved."

09:00  19                   "I wouldn't even be able to tell you

       20              if I knew."

09:01  21                   "Ha, ha."

09:01  22    BY MR. SCALLY:

09:01  23    Q.   Let me switch gears and have you look at Exhibits 185

       24    and 187 and tell us what those are.

09:01  25    A.   Images 185 and 187 are what appear to be screenshots of

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | firearms recovered from Wayne Le's Google account.               |
| 09:01 | 2  |       MR. SCALLY:  And at this time, Your Honor, I |
|       | 3  | would -- I think these were received subject to connection       |
|       | 4  | earlier during the testimony of Steven Lu.  This -- if they      |
|       | 5  | were not fully received, I'd move to admit for all purposes      |
|       | 6  | Exhibits 185 and 187.                                            |
| 09:02 | 7  |       THE COURT:  185, 187 are received into evidence. |
| 09:02 | 8  | *(Exhibit Number 185 received in evidence.)*                     |
| 09:02 | 9  | *(Exhibit Number 187 received in evidence.)*                     |
| 09:02 | 10 | *(Exhibit displayed.)*                                           |
| 09:02 | 11 | BY MR. SCALLY:                                                   |
| 09:02 | 12 | Q.  So looking at the Exhibit 185, Special Agent Casey,          |
|       | 13 | this -- does this depict a .38 Special revolver?                 |
| 09:02 | 14 | A.  Yes, it does.                                                |
| 09:02 | 15 | Q.  It's basically a screenshot of an Internet ad for such       |
|       | 16 | a firearm?                                                       |
| 09:02 | 17 | A.  That's correct.                                              |
| 09:02 | 18 | *(Exhibit displayed.)*                                           |
| 09:02 | 19 | BY MR. SCALLY:                                                   |
| 09:02 | 20 | Q.  And Exhibit 187 is basically the same? -- something          |
|       | 21 | similar?                                                         |
| 09:02 | 22 | A.  Something similar, yes.                                      |
| 09:02 | 23 | Q.  A screenshot of Internet photographs of .38 Special          |
|       | 24 | firearms?                                                        |
| 09:02 | 25 | A.  That's correct.                                              |

| | | |
|---|---|---|
| 09:02 | 1 | *(Exhibit displayed.)* |
| 09:03 | 2 | BY MR. SCALLY: |
| 09:03 | 3 | Q.   And these are both screenshots that were found on |
| | 4 | Wayne Le's iPhone -- uh, excuse me -- from Wayne Le's Google |
| | 5 | account? |
| 09:03 | 6 | A.   That's correct. |
| 09:03 | 7 | Q.   And just a few more exhibits here.  I'll ask you to |
| | 8 | take a look at Exhibit 158. |
| 09:03 | 9 | And is that -- what? -- what is that? |
| 09:03 | 10 | A.   These are photographs taken of Sheila Ritze's |
| | 11 | Ford Explorer. |
| 09:03 | 12 | MR. SCALLY:  Move to admit Government's |
| | 13 | Exhibit 158, Your Honor. |
| 09:03 | 14 | THE COURT:  Received. |
| 09:03 | 15 | *(Exhibit Number 158 received in evidence.)* |
| 09:03 | 16 | *(Exhibit displayed.)* |
| 09:03 | 17 | BY MR. SCALLY: |
| 09:03 | 18 | Q.   So were these photographs taken of -- uh, on |
| | 19 | December 19, 2019? |
| 09:03 | 20 | A.   I know the first one was on December 19th.  I'm not |
| | 21 | sure about the other two. |
| 09:03 | 22 | *(Exhibit displayed.)* |
| 09:03 | 23 | BY MR. SCALLY: |
| 09:03 | 24 | Q.   The other two were taken either on the 19th or in the |
| | 25 | days following? |

09:04   1   A.    That's correct.

09:04   2   Q.    I'munna show you Government's Exhibit 169, already in

        3   evidence.

09:04   4         *(Exhibit displayed.)*

09:04   5   BY MR. SCALLY:

09:04   6   Q.    This was admitted in the testimony of Vu Nguyen; do you

        7   recall that?

09:04   8   A.    Yes, I do.

09:04   9   Q.    And what is Exhibit 169?

09:04  10   A.    Exhibit 169 is the odometer and dash cluster of Vu

       11   Nguyen's Toyota Tacoma.

09:04  12   Q.    And is -- where did this come from?

09:04  13   A.    This photograph came from Wayne Le's iPhone 6.

09:04  14   Q.    And is the metadata for this photograph contained in

       15   pages 2 and 3 of the exhibit?

09:04  16   A.    Yes, it is.

09:04  17   Q.    And what's the, um -- what's the time -- what's the

       18   date and time that this was taken?

09:05  19   A.    This photograph was taken on October 14th, 2019, at

       20   8:16 p.m.

09:05  21   Q.    And, again, is there a latitude and longitude

       22   associated with that photograph?

09:05  23   A.    Yes, there is.

09:05  24   Q.    And is page 4 the result of your plotting that latitude

       25   and longitude on Google Maps?

| | | |
|---|---|---|
| 09:05 | 1 | A.   Yes, it is. |
| 09:05 | 2 | Q.   And does it indicate a -- an address on |
| | 3 | Santa Barbara Street at this red -- red dot here? |
| 09:05 | 4 | A.   Yes, it does. |
| 09:05 | 5 | Q.   And is that, based on your understanding, where |
| | 6 | Vu Nguyen lives? |
| 09:05 | 7 | A.   Yes. |
| 09:05 | 8 | Q.   Please take a look at Exhibit 192 and tell us what that |
| | 9 | is. |
| 09:06 | 10 | A.   Exhibit 192 is a report showing the device details and |
| | 11 | information for Wayne's iPhone 6. |
| 09:06 | 12 | MR. SCALLY:  Move to admit Exhibit 192, |
| | 13 | Your Honor. |
| 09:06 | 14 | THE COURT:  Received. |
| 09:06 | 15 | *(Exhibit Number 192 received in evidence.)* |
| 09:06 | 16 | *(Exhibit displayed.)* |
| 09:06 | 17 | BY MR. SCALLY: |
| 09:06 | 18 | Q.   Does Exhibit 192 include the email address that was |
| | 19 | associated with Wayne Le's iPhone? |
| 09:06 | 20 | A.   Yes, it does. |
| 09:06 | 21 | Q.   And what is that email address? |
| 09:06 | 22 | A.   That email address is waynelesr@gmail.com. |
| 09:06 | 23 | Q.   Showing you, um -- if you can look at Exhibit 309-B, as |
| | 24 | in "bravo," and tell us what that is. |
| 09:07 | 25 | A.   Exhibit 309 Bravo is metadata for a video that I |

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | received from Idania, I-D-A-N-I-A, Amaya, A-M-A-Y-A.                  |
| 09:07 | 2  | Q.   And is that -- is it your understanding that that video         |
|       | 3  | is, uh, Exhibit 309 in this case?                                     |
| 09:07 | 4  | A.   Yes.                                                             |
| 09:07 | 5  |         MR. SCALLY:  At this time, Your Honor, I'd move to            |
|       | 6  | admit Government Exhibit 309-B.                                       |
| 09:07 | 7  |         THE COURT:  Received.                                         |
| 09:07 | 8  |     *(Exhibit Number 309-B received in evidence.)*                    |
| 09:07 | 9  |     *(Exhibit displayed.)*                                            |
| 09:07 | 10 | BY MR. SCALLY:                                                        |
| 09:07 | 11 | Q.   And is -- Special Agent Casey, can you just indicate            |
|       | 12 | the date and time of that video?                                     |
| 09:07 | 13 | A.   That video was taken on September 27th, 2019, at               |
|       | 14 | 1:30 p.m.                                                             |
| 09:07 | 15 | Q.   And that's a video you received from Idania Amaya?              |
| 09:08 | 16 | A.   That's correct.                                                  |
| 09:08 | 17 | Q.   Who's Idania Amaya?                                              |
| 09:08 | 18 | A.   Idania Amaya is a coworker of Sheila Ritze at Team             |
|       | 19 | Property Management.                                                  |
| 09:08 | 20 | Q.   Are you expecting her to testify later in this trial?           |
| 09:08 | 21 | A.   Yes.                                                             |
| 09:08 | 22 |         MR. SCALLY:  Your Honor, at this time, I'd like to            |
|       | 23 | read a stipulation into evidence [sic] and move that                 |
|       | 24 | stipulation into evidence.                                           |
| 09:08 | 25 |         THE COURT:  All right.                                        |

| | | |
|---|---|---|
| 09:08 | 1 | Does that stipulation have a number? |
| 09:08 | 2 | MR. SCALLY:  Yes.  It's Exhibit 432. |
| 09:08 | 3 | THE COURT:  Thank you. |
| 09:08 | 4 | **STIPULATION (EXHIBIT 432)** |
| 09:08 | 5 | MR. SCALLY:  Parties stipulate as follows: |
| 09:08 | 6 | "Exhibit 208 fairly and accurately |
| | 7 | depicts a handwritten note recovered |
| | 8 | from the residence of Sheila Ritze on |
| | 9 | December 19, 2019." |
| 09:08 | 10 | So I'd move to admit Exhibit 432 and Exhibit 208. |
| 09:09 | 11 | THE COURT:  432 is received. |
| 09:09 | 12 | *(Exhibit Number 432 received in evidence.)* |
| 09:09 | 13 | THE COURT:  And just a moment. |
| 09:09 | 14 | Was 208 previously marked? |
| 09:09 | 15 | MR. SCALLY:  No, I don't believe so. |
| 09:09 | 16 | THE COURT:  It's being marked at this time? |
| 09:09 | 17 | MR. SCALLY:  Yes, Your Honor. |
| 09:09 | 18 | THE COURT:  Then 208 is marked. |
| 09:09 | 19 | *(Exhibit Number 208 marked for identification.)* |
| 09:09 | 20 | |
| 09:09 | 21 | THE COURT:  And received by stipulation, as well. |
| 09:09 | 22 | *(Exhibit Number 208 received in evidence.)* |
| 09:09 | 23 | MR. SCALLY:  Thank you, Your Honor. |
| 09:09 | 24 | BY MR. SCALLY: |
| 09:09 | 25 | Q.   Special Agent Casey, on December 19, 2019, was |

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | Sheila Ritze's residence searched pursuant to a search |
|       | 2  | warrant?                                                |
| 09:09 | 3  | A.   Yes, it was.                                       |
| 09:09 | 4  | *(Exhibit displayed.)*                                 |
| 09:09 | 5  | BY MR. SCALLY:                                          |
| 09:09 | 6  | Q.   And if you can just read this note that was       |
|       | 7  | recovered -- handwritten note that was recovered from  |
|       | 8  | Sheila Ritze's residence?                               |
| 09:10 | 9  | A.   The note reads:                                    |
| 09:10 | 10 |         "Rise and shine.  Snacks with your            |
|       | 11 |         keys so you have to take it to go.             |
|       | 12 |         Ginger pack if you want to try it with         |
|       | 13 |         water bottle.  It's good for you.  Have        |
|       | 14 |         safe trip.  See you Monday.  Wangsta."         |
| 09:10 | 15 |         MR. SCALLY:  And, Your Honor, at this time I'd |
|       | 16 | like to read another stipulation that is marked as     |
|       | 17 | Exhibit 433.  And it makes reference to makes reference to |
|       | 18 | Exhibit 308.                                            |
| 09:10 | 19 |         THE COURT:  You may do so.                     |
| 09:10 | 20 |         MR. SCALLY:  Thank you, Your Honor.            |
| 09:10 | 21 |         **STIPULATION (EXHIBIT 433)**                 |
| 09:10 | 22 |         MR. SCALLY:  The parties stipulate as follows: |
| 09:10 | 23 |         "On December 4, 2019, Defendant               |
|       | 24 |         Sheila Ritze was pulled over by                |
|       | 25 |         California Highway Patrol, CHP Officer         |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | Kevin Futrell.  Exhibit 308 is a fair                    |
|       | 2  | and accurate recording of a portion of                   |
|       | 3  | her interaction with Officer Futrell."                   |
| 09:11 | 4  | At this time, Your Honor, I would move to admit          |
|       | 5  | Exhibit 433 and 308 into evidence.                       |
| 09:11 | 6  | THE COURT:  433 and 308 -- which is being marked         |
|       | 7  | for the first time; is that correct?                     |
| 09:11 | 8  | MR. SCALLY:  Yes, Your Honor.                            |
| 09:11 | 9  | *(Exhibit Number 308 marked for identification.)*        |
| 09:11 | 10 | *(Exhibit Number 433 received in evidence.)*             |
| 09:11 | 11 | *(Exhibit Number 308 received in evidence.)*             |
| 09:11 | 12 | MR. SCALLY:  And if we could play Exhibit 308.           |
| 09:11 | 13 | *(Audio recording played not reported.)*                 |
| 09:11 | 14 | *(Transcript displayed simultaneously.)*                 |
| 09:12 | 15 | BY MR. SCALLY:                                           |
| 09:13 | 16 | Q.   And so, Special Agent Casey, Exhibit 308, pursuant to |
|       | 17 | the stipulation, is from December 4th, 2019.             |
| 09:13 | 18 | Again, that's in the weeks after James Dao disappeared?  |
| 09:13 | 19 | A.   That's correct.                                     |
| 09:13 | 20 | Q.   And lastly, before turning to another topic, I think |
|       | 21 | I'd like to read one more stipulation that's marked as   |
|       | 22 | Exhibit 434, that makes reference to Exhibit 425, that is |
|       | 23 | being marked for the first time.                         |
| 09:13 | 24 | THE COURT:  All right.  Thank you.                       |
| 09:13 | 25 | *(Exhibit Number 425 marked for identification.)*        |

| | | |
|---|---|---|
| 09:13 | 1 | *(Exhibit Number 434 marked for identification.)* |
| 09:13 | 2 | **STIPULATION (EXHIBIT 434)** |
| 09:13 | 3 | |
| 09:13 | 4 | MR. SCALLY:  The parties stipulate as follows: |
| 09:14 | 5 | "Exhibit 425 depicts fair and accurate |
| | 6 | copies of letters sent from Defendant |
| | 7 | Sheila Ritze to Hoang Xuan Le, also |
| | 8 | known as Wayne Le, on December 25th, |
| | 9 | 2019, and December 26th, 2019." |
| 09:14 | 10 | At this time, Your Honor, I'd move to admit |
| | 11 | Exhibits 434 and 425. |
| 09:14 | 12 | THE COURT:  Each are received, the Stipulation |
| | 13 | being 434, the Exhibit 425. |
| 09:14 | 14 | *(Exhibit Number 434 received in evidence.)* |
| 09:14 | 15 | *(Exhibit Number 425 received in evidence.)* |
| 09:14 | 16 | BY MR. SCALLY: |
| 09:14 | 17 | Q.  And just to orient us, Special Agent Casey, on |
| | 18 | December 19, 2019, is that when -- did you -- did you |
| | 19 | interview Sheila Ritze? |
| 09:14 | 20 | A.  Yes, I did. |
| 09:14 | 21 | Q.  And so, if these letters are from December 25th and |
| | 22 | 26th of 2019, are they basically from about a week after you |
| | 23 | interviewed Sheila Ritze? |
| 09:15 | 24 | A.  That's correct. |
| 09:15 | 25 | Q.  We'll just put up page 2 of Exhibit 425. |

09:15    1        *(Exhibit displayed.)*

09:15    2    BY MR. SCALLY:

09:15    3    Q.   And I'll just have you read -- just the letter on the

         4    right, from Sheila Ritze to Wayne Le.  If you can just read

         5    that for the jury, please.

09:15    6    A.   The letter reads:

09:15    7                 "Hey there.  Just a quick note to say

         8                 hey.  I am trying to hang in there.

         9                 Hope you are too.  This entire deal is

        10                 so scary.  I was really looking forward

        11                 to the new year and my new business.  I

        12                 keep my head up knowing I didn't do

        13                 anything to be here and treated the way

        14                 I have.  I worked hard to have the life

        15                 I was living.  Sad to see all is gone at

        16                 that time.

09:15   17          "I am blessed to have met my new

        18                 business partners as they are the only

        19                 ones who are helping me.  I hope all

        20                 this gets sorted out and I can get back

        21                 on track with my daughter, Riv Dog, and

        22                 my career.  I wanted to prove you wrong

        23                 and show you the better way of life.

        24                 Can't do that here.

09:16   25          "Anyway, hope your family is good and

|   |   |   |
|---|---|---|
| | 1 | your mom is hanging in there. |
| 09:16 | 2 | "Take care, Number 7. |
| 09:16 | 3 | "Sam I am loves Kaos. |
| 09:16 | 4 | "Until next time, Sheila." |
| 09:16 | 5 | Q.   And so she's writing that someone named "Sam I am loves |
| | 6 | Kaos"; is that correct? |
| 09:16 | 7 | A.   That's correct. |
| 09:16 | 8 | Q.   Do you recall from Natalie Nguyen's testimony that |
| | 9 | "Kaos" is a moniker for Wayne Le? |
| 09:16 | 10 | A.   Yes. |
| 09:16 | 11 | Q.   And how does she sign the letter on December 25th, |
| | 12 | 2019? |
| 09:16 | 13 | A.   She signs it "Sam." |
| 09:17 | 14 | Q.   Okay.  Turning to another topic. |
| 09:17 | 15 | Special Agent Casey, on December 19, 2019, did you and |
| | 16 | FBI Special Agent Matthew Coughlin, K-O -- excuse me -- |
| | 17 | C-O-U-G-H-L-I-N -- interview Ms. Ritze? |
| 09:17 | 18 | A.   Yes, we did. |
| 09:17 | 19 | Q.   And was that after, um, a team of federal agents |
| | 20 | entered her apartment? |
| 09:17 | 21 | A.   Yes, it was. |
| 09:17 | 22 | Q.   Was your interview with Special Agent Coughlin and |
| | 23 | Sheila Ritze audio-recorded? |
| 09:17 | 24 | A.   Yes, it was. |
| 09:17 | 25 | Q.   And have you listened to that audio recording and read |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | transcripts of that?                                     |
| 09:17 | 2  | A.   I have.                                             |
| 09:17 | 3  | Q.   And are, um, Exhibits 312 through 322 that interview -- |
|       | 4  | portions of that interview?                              |
| 09:18 | 5  | A.   Yes, they are.                                      |
| 09:18 | 6  |         MR. SCALLY:  At this time, Your Honor, I'd move to |
|       | 7  | admit Government's Exhibits 312 through 322.             |
| 09:18 | 8  |         THE COURT:  And each of those are received,      |
|       | 9  | Counsel.                                                 |
| 09:18 | 10 |     *(Exhibit Numbers 312-322 received in evidence.)*    |
| 09:18 | 11 |         THE COURT:  Now, Counsel, tell us a convenient   |
|       | 12 | place to break, if these are going to be played.        |
| 09:18 | 13 |         MR. SCALLY:  These are gonna be lengthy.  This   |
|       | 14 | might be that time, Your Honor.                         |
| 09:18 | 15 |         THE COURT:  Would this be a good time to set up  |
|       | 16 | the audio with you and the counsel?                     |
| 09:18 | 17 |         MR. SCALLY:  Yes, Your Honor.                    |
| 09:18 | 18 |         THE COURT:  Counsel, would this be a convenient  |
|       | 19 | time?                                                    |
| 09:18 | 20 |         Then, ladies and gentlemen, they're going to set |
|       | 21 | up some audio.                                           |
| 09:18 | 22 |         And will transcripts be distributed also?        |
| 09:18 | 23 |         MR. SCALLY:  Uh, no, Your Honor.  But the synced |
|       | 24 | transcripts will appear on the screen.                  |
| 09:18 | 25 |         THE COURT:  I see.  All right.                   |

09:18  1          Let us have a little bit of time, about

2    20 minutes.

09:18  3          You're admonished not to discuss this matter

4    amongst yourselves nor to form or express any opinion.

09:18  5          Have a good recess.  We'll resume at 20 minutes

6    till the hour, Counsel.

09:19  7          Counsel, if you need just a little bit more time,

8    just tell me -- just to get set up.

09:19  9          MR. SCALLY:  Thank you, Your Honor.

09:19  10          *(Jury recesses.)*

09:19  11          THE COURT:  Okay.  Well, thank you very much.

09:19  12          Then we're in recess.

09:19  13          *(Recess held at 9:19 a.m.)*

09:19  14           *(Further proceedings reported by Debbie*

15          *Hino-Spaan in Volume II.)*

09:19  16                              -oOo-

09:19  17

18

19

20

21

22

23

24

25

```
09:19    1                          -oOo-

09:19    2

09:19    3                      CERTIFICATE

09:19    4

09:19    5         I hereby certify that pursuant to Section 753,

         6    Title 28, United States Code, the foregoing is a true and

         7    correct transcript of the stenographically reported

         8    proceedings held telephone in the above-entitled matter and

         9    that the transcript page format is in conformance with the

        10    regulations of the Judicial Conference of the United States.

09:19   11

09:19   12    Date:  April 9, 2022

09:19   13

09:19   14
09:19                           /s/ Debbie Gale
09:19   15                      _____
09:19                           DEBBIE GALE, U.S. COURT REPORTER
09:19   16                      CSR NO. 9472, RPR, CCRR

09:19   17

        18

        19

        20

        21

        22

        23

        24

        25
```