TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
GREGORY S. SCALLY (Cal. Bar No. 268073)
GREGORY W. STAPLES (Cal. Bar No. 155505)
Assistant United States Attorneys
Santa Ana Branch Office
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3592
     Facsimile: (714) 338-3708
     E-mail:    gregory.scally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-02(B)-DOC |
| Plaintiff, | JOINT PROPOSED VERDICT FORM |
| v. | |
| SHEILA M. RITZE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Gregory S. Scally and Gregory W. Staples, and defendant Sheila M. Ritze, by and through his counsel for record, David Wiechert and William Migler, hereby file their Joint Proposed Verdict Form.

| | | |
|---|---|---|
| 1 | Dated: April 14, 2022 | Respectfully submitted, |
| 2 | | TRACY L. WILKISON |
| | | United States Attorney |
| 3 | | |
| | | SCOTT M. GARRINGER |
| 4 | | Assistant United States Attorney |
| | | Chief, Criminal Division |
| 5 | | |
| 6 | | ____/s/_____ |
| | | GREGORY S. SCALLY |
| 7 | | Assistant United States Attorney |
| 8 | | Attorneys for Plaintiff |
| | | UNITED STATES OF AMERICA |

Dated: April 14, 2022       /s/ *with e-mail authorization*
                            DAVID WIECHERT
                            WILLIAM MIGLER
                            Attorneys for Defendant
                            SHEILA M. RITZE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>SHEILA M. RITZE,<br><br>          Defendant. | No. SA CR 20-02(B)-DOC<br><br>VERDICT FORM FOR DEFENDANT<br>SHEILA M. RITZE |

    We, the jury in the above-captioned case, present the following unanimous verdict.

As to the following counts charged against defendant SHEILA M. RITZE:

### Count One

### [Murder in the First Degree]

1. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of Murder in the First Degree, as charged in Count One of the indictment.

*(If your answer to Question 1 was Not Guilty, proceed to Question 2, and skip Question 5 all together when you get there.  If your answer to Question 1 was Guilty, proceed to Question 5.)*

**Count One – Lesser Included Offense**

**[Murder in the Second Degree]**

2.   We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

_____        NOT GUILTY

_____        GUILTY

of Murder in the Second Degree, a lesser included offense of Count One of the indictment.

*(If your answer to Question 2 was Not Guilty, proceed to Question 3. If your answer to Question 2 was Guilty, proceed to question 6.)*

**Count One – Lesser Included Offense**

**[Voluntary Manslaughter]**

3.   We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of Voluntary Manslaughter, a lesser included offense of Count One of the indictment.

*(If your answer to Question 3 was Not Guilty, proceed to Question 4. If your answer to Question 3 was Guilty, proceed to question 6.)*

4

## Count One – Lesser Included Offense

### [Involuntary Manslaughter]

4.  We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of Involuntary Manslaughter, a lesser included offense of Count One of the indictment.

*(If your answer to Question 4 was Not Guilty, stop. If your answer to Question 4 was Guilty, proceed to question 6.)*

## Count Two

### [Conspiracy to Murder]

**If your answer to Question 1 was Not Guilty, do not consider Question 5.**

5.   We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of Conspiracy to Murder, as charged in Count Two of the indictment.

*(Whether your answer to Question 5 was Not Guilty or Guilty, proceed to Question 6.)*

### Count Thirteen

**[False Statement to a Federal Agency]**

6. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of Making a False Statement to a Federal Agency by telling federal agents that she had never met Tri Dao before the October 15, 2019, boat trip where Tri Dao was killed, as charged in Count Thirteen of the indictment.

7. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of Making a False Statement to a Federal Agency by telling federal agents that the tracker she purchased (following the death of Tri Dao) and provided to Hoang Le, also known as Wayne Le, was going to be used to track defendant RITZE's movements for her property management work and/or the movements of contractors that she worked with in her property management work, as charged in Count Thirteen of the indictment.

_____        _____
DATED                               FOREPERSON