```
                                    F I L E D
                              CLERK, U.S. DISTRICT COURT

                                    4/19/2022

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: _____kdu_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 20-02(B)-DOC |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM FOR DEFENDANT SHEILA M. RITZE |
| SHEILA M. RITZE, | |
| Defendant. | REDACTED |

We, the jury in the above-captioned case, present the following unanimous verdict.

As to the following counts charged against defendant SHEILA M. RITZE:

### Count One

### [Murder in the First Degree]

1. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

__✓__    NOT GUILTY

_____    GUILTY

of Murder in the First Degree, as charged in Count One of the indictment.

*(If your answer to Question 1 was Not Guilty, proceed to Question 2, and skip Question 5 all together when you get there. If your answer to Question 1 was Guilty, proceed to Question 5.)*

## Count One — Lesser Included Offense

### [Murder in the Second Degree]

2. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

_____  NOT GUILTY

\_\_\_✓\_\_\_  GUILTY

of Murder in the Second Degree, a lesser included offense of Count One of the indictment.

*(If your answer to Question 2 was Not Guilty, proceed to Question 3. If your answer to Question 2 was Guilty, proceed to question 6.)*

## Count One – Lesser Included Offense

### [Voluntary Manslaughter]

3. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

_____ NOT GUILTY

_____ GUILTY

of Voluntary Manslaughter, a lesser included offense of Count One of the indictment.

*(If your answer to Question 3 was Not Guilty, proceed to Question 4. If your answer to Question 3 was Guilty, proceed to question 6.)*

### Count One — Lesser Included Offense
### [Involuntary Manslaughter]

4. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

_____   NOT GUILTY

_____   GUILTY

of Involuntary Manslaughter, a lesser included offense of Count One of the indictment.

(If your answer to Question 4 was Not Guilty, stop.  If your answer to Question 4 was Guilty, proceed to question 6.)

## Count Two

### [Conspiracy to Murder]

If your answer to Question 1 was Not Guilty, do not consider Question 5.

5. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

_____    NOT GUILTY

_____    GUILTY

of Conspiracy to Murder, as charged in Count Two of the indictment.

*(Whether your answer to Question 5 was Not Guilty or Guilty, proceed to Question 6.)*

## Count Thirteen

### [False Statement to a Federal Agency]

6. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

_____ NOT GUILTY

✓ GUILTY

of Making a False Statement to a Federal Agency by telling federal agents that she had never met Tri Dao before the October 15, 2019, boat trip where Tri Dao was killed, as charged in Count Thirteen of the indictment.

7. We, the jury in the above-captioned case, unanimously find defendant SHEILA M. RITZE:

_____ NOT GUILTY

✓ GUILTY

of Making a False Statement to a Federal Agency by telling federal agents that the tracker she purchased (following the death of Tri Dao) and provided to Hoang Le, also known as Wayne Le, was going to be used to track defendant RITZE's movements for her property management work and/or the movements of contractors that she worked with in her property management work, as charged in Count Thirteen of the indictment.

4/19/22
DATED

[REDACTED]
FOREPERSON