UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.: SA CR 20-00002-(B)-DOC-2   Date: April 17, 2023

Present: The Honorable: DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter: n/a

| Karlen Dubon | Court Smart | Gregory Scally |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) SHEILA MARIE RITZE | X | X | | David Weichert, CJA | X | X | |

**PROCEEDINGS:** SENTENCING

Also present, USPO Leslie Del a Torre.

Case is called.

Sentencing hearing is held.

Detailed Judgment and Commitment Order to issue.

**cc: USPPO**

2: 04

**Initials of Deputy Clerk** kdu